# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501–3819

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Francisco Ortiz

**BANKRUPTCY NO.** 6:11–bk–10742–MJ

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7404
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/14/11

**Address:**
6165 Honeysuckle Ln
San Bernardino, CA 92407

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Dated: April 14, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van23b–odmwab VAN–23) Rev. 11/09

**26 / MOS**